UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>BEZALEEL CARRILLO, et al.,<br><br>Defendant. | Case No. 1:21-cv-01659-DAD-EPG<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Plaintiff Prince Paul Raymond Williams is proceeding *pro se* in this action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff has made the requisite showing required by § 1915(a). Accordingly, his application to proceed *in forma pauperis* (ECF No. 2) is granted.

IT IS SO ORDERED.

Dated: **November 18, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1