UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>BAZALEEL CARRILLO, et al.,<br><br>Defendants. | No. 1:21-cv-01659-DAD-EPG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS, UP TO AND INCLUDING DISMISSAL, SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE<br><br>(ECF No. 4) |

Plaintiff Prince Paul Raymond Williams is proceeding *pro se* and *in forma pauperis* in this action. Plaintiff filed his complaint on November 17, 2021, bringing claims concerning his treatment in connection with court proceedings regarding his child support obligations. On December 10, 2021, the Court screened the complaint, concluding that Plaintiff stated no cognizable claims. (ECF No. 4).

The Court ordered Plaintiff to, within thirty days, file a first amended complaint or notify the Court in writing that he wanted to stand on his complaint. (*Id.* at 12). The Court warned Plaintiff that "[f]ailure to comply with this order may result in the dismissal of this action." (*Id.*). The thirty-day deadline in the order has expired, and Plaintiff has not complied with the order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within fourteen (14) days, Plaintiff shall file a written response to this order to show cause (1) stating whether Plaintiff intends to prosecute this action and (2)

1

explaining Plaintiff's failure to comply with the Court's December 10, 2021 order.

2. Alternatively, the Court will discharge this show cause order, if within fourteen (14) days from the date of service of this order, Plaintiff:

　　a. Files a First Amended Complaint that includes additional true factual allegations, if Plaintiff believes that additional allegations would state cognizable claim(s); or

　　b. Notifies the Court in writing that he wants to stand on this complaint, in which case the Court will issue findings and recommendations consistent with this order to a district judge;

3. Plaintiff is cautioned that failure to respond to this order as set forth above may result in this Court issuing findings and recommendations to dismiss this case without prejudice for failure to comply with a court order and failure to prosecute this action.

IT IS SO ORDERED.

Dated:　**January 26, 2022**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE